DAJ

FILED
NOVEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6555**

| | | |
|---|---|---|
| LYLE VANDER SCHAAF, Personal Representative of the Estate of GREGORY VANDER SCHAAF, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | **JUDGE MORAN** <br> **MAGISTRATE JUDGE COX** |
| v. | ) ) | No. |
| MIDWEST TRANSFER & LOGISTICS, LLC and MARK RHODES, | ) ) ) ) ) | |
| Defendants. | ) | **Plaintiff Demands Trial by Jury** |

## COMPLAINT AT LAW

Plaintiff, **Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased**, complaining of defendant, **Midwest Transfer & Logistics, LLC** ("Midwest Transfer & Logistics"), states:

### JURISDICTION

1. Plaintiff, Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased, is a citizen of the State of Washington, DC.

2. Defendants, Midwest Transfer & Logistics, LLC and Mark Rhodes, are citizens of the State of Illinois.

3. This Court has jurisdiction over all claims pursuant to 28 U.S.C. §1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is a controversy between citizens of different states.

## COUNT I

**Negligence - Respondeat Superior - Midwest Transfer & Logistics**

1. On April 19, 2006, Route 20 was a public highway running southeast and northwest in Coral, McHenry County, Illinois.

2. At the time and place aforesaid, defendant, Midwest Transfer & Logistics, owned, and by and through its agent and/or employee, Mark Rhodes, operated a motor vehicle northwest on Route 20.

3. At the time and place aforesaid, Mark Rhodes was the duly authorized agent or employee of Midwest Transfer & Logistics.

4. At the time and place aforesaid, Mark Rhodes was acting within the scope of his employment with Midwest Transfer & Logistics.

5. At the time and place aforesaid, plaintiff's decedent, Gregory Vander Schaaf, operated a motor vehicle southwest on Route 20.

6. At the time and place aforesaid, the motor vehicle operated by Mark Rhodes and the motor vehicle operated by plaintiff's decedent, Gregory Vander Schaaf, came into contact with each other.

7. On April 19, 2006, defendant, Midwest Transfer & Logistics, by and through its agent or employee, Mark Rhodes, was negligent in one or more of the following ways:

   a. Operated his motor vehicle without keeping a proper and sufficient lookout;

   b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of ILCS 1993, Chapter 625, Section 5/11-601;

 c. Failed to decrease speed so as to avoid colliding with another vehicle, in violation of ILCS 1993, Chapter 625, Section 5/11-601;

 d. Failed to drive vehicle as nearly as practicable entirely within a single lane without first ascertaining that movement from such lane could be made safely, in violation of ILCS 1993, Chapter 625, Section 5/11-709; and

 e. Failed to drive upon the right half of the roadway, in violation of ILCS 1993, Chapter 625, Section 5/11-701.

8. As a proximate result of one or more of the foregoing negligent acts or omissions, plaintiff's decedent, Gregory Vander Schaaf, suffered injuries which resulted in his death on April 19, 2006.

9. Gregory Vander Schaaf, deceased, left surviving him: Lyle Vander Schaaf, his brother; Kara Donoghue, his sister; Lynnette Vander Schaaf, his sister; and Marilyn Vander Schaaf, his mother.

10. Lyle Vander Schaaf is the Personal Representative of the Estate of Gregory Vander Schaaf, deceased, and brings this cause of action pursuant to the Illinois Wrongful Death Act.

WHEREFORE, plaintiff, Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased, demands judgment against defendant, Midwest Transfer & Logistics, LLC, for a sum in excess of $75,000 exclusive of interest and costs.

## COUNT II

**Negligence - Mark Rhodes**

Plaintiff, **Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased**, complaining of defendant, **Mark Rhodes**, states:

1.  On April 19, 2006, Route 20 was a public highway running southeast and northwest in Coral, McHenry County, Illinois.

2.  At the time and place aforesaid, defendant, Mark Rhodes, operated a motor vehicle northwest on Route 20.

3.  At the time and place aforesaid, plaintiff's decedent, Gregory Vander Schaaf, operated a motor vehicle southwest on Route 20.

4.  At the time and place aforesaid, the motor vehicle operated by defendant, Mark Rhodes, and the motor vehicle operated by plaintiff's decedent, Gregory Vander Schaaf, came into contact with each other.

5.  On April 19, 2006, defendant, Mark Rhodes, was negligent in one or more of the following ways:

   a. Operated his motor vehicle without keeping a proper and sufficient lookout;

   b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of ILCS 1993, Chapter 625, Section 5/11-601;

   c. Failed to decrease speed so as to avoid colliding with another vehicle, in violation of ILCS 1993, Chapter 625, Section 5/11-601;

   d. Failed to drive vehicle as nearly as practicable entirely within a single lane without first ascertaining that movement from such lane could be made safely, in violation of ILCS 1993, Chapter 625, Section 5/11-709; and

   e. Failed to drive upon the right half of the roadway, in violation of ILCS 1993, Chapter 625, Section 5/11-701.

6. As a proximate result of one or more of the foregoing negligent acts or omissions, plaintiff's decedent, Gregory Vander Schaaf, suffered injuries which resulted in his death on April 19, 2006.

7. Gregory Vander Schaaf, deceased, left surviving him: Lyle Vander Schaaf, his brother; Kara Donoghue, his sister; Lynnette Vander Schaaf, his sister; and Marilyn Vander Schaaf, his mother.

8. Lyle Vander Schaaf is the Personal Representative of the Estate of Gregory Vander Schaaf, deceased, and brings this cause of action pursuant to the Illinois Wrongful Death Act.

WHEREFORE, plaintiff, Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased, demands judgment against defendant, Mark Rhodes, for a sum in excess of $75,000 exclusive of interest and costs.

s/Francis P. Morrissey
Francis P. Morrissey #6216580
Michael G. Mahoney #06200001
Burke, Mahoney & Wise
Attorneys for Plaintiff
161 North Clark Street
Suite 2240
Chicago, Illinois 60601
(312) 580-2040
(312) 580-2041
fpm@bmwlawfirm.com