FILED
NOVEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6555**

In the Matter of

Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased
v.
Midwest Transfer & Logistics, LLC and
Mark Rhodes

Case Number:

**JUDGE MORAN
MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased

| | |
|---|---|
| NAME (Type or print) Francis P. Morrissey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Francis P. Morrissey | |
| FIRM  Burke, Mahoney & Wise | |
| STREET ADDRESS  161 North Clark Street, Suite 2240 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6216580 | TELEPHONE NUMBER  312-580-2040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |