**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**NOVEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6555**

| In the Matter of | Case Number: |
|---|---|
| Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased | |
| v. | |
| Midwest Transfer & Logistics, LLC and Mark Rhodes | **JUDGE MORAN** <br> **MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased

| NAME (Type or print) |
|---|
| Michael G. Mahoney |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael G. Mahoney |
| FIRM |
| Burke, Mahoney & Wise |
| STREET ADDRESS |
| 161 North Clark Street, Suite 2240 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200001 | 312-580-2040 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐