## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 07 C 6555

LYLE VANDER SCHAFF, Personal Representative of the
Estate of GREGORY VANDER SCHAFF, deceased
vs.
MIDWEST TRANSFER & LOGISTICS, LLC and MARK
RHODES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIDWEST TRANSFER  LOGISTICS, LLC and MARK RHODES

| | |
|---|---|
| NAME: (Type or print)<br>Scott R. Landa | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>RYAN, RYAN & LANDA | |
| STREET ADDRESS<br>209 W. Madison Street, 1st Floor | |
| CITY/STATE/ZIP<br>Waukegan, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>12330 | TELEPHONE NUMBER<br>847-244-1436 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐