IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYLE VANDER SCHAAF, Personal Representative of the Estate of GREGORY VANDER SCHAAF, deceased,<br><br>                     Plaintiff,<br>   vs.<br><br>MIDWEST TRANSFER & LOGISTICS, LLC and MARK RHODES,<br><br>                     Defendants. | Case No. 07 C 6555<br>Judge Moran<br>Magistrate Judge Cox |

### JURY DEMAND

      The Defendants, MIDWEST TRANSFER & LOGISTICS, LLC and MARK RHODES, in the above-entitled cause demand a jury for the trial of said cause.

                                                  /s/ Scott R. Landa
                                                  ATTORNEY FOR DEFENDANTS

Scott R. Landa, Esq.
**Ryan, Ryan & Landa**
209 West Madison Street
Waukegan, IL 60085
847/244-1436
ARDC #06191288