IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYLE VANDER SCHAAF, Personal Representative of the Estate of GREGORY VANDER SCHAAF, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST TRANSFER & LOGISTICS, LLC and MARK RHODES,<br><br>Defendants. | Case No. 07 C 6555<br>Judge Moran<br>Magistrate Judge Cox |

### CERTIFICATE OF SERVICE

TO:   Francis P. Morrissey
      Michael G. Mahoney
      Burke, Mahoney & Wise
      161 North Clark Street
      Suite 2240
      Chicago, Illinois 60601

The undersigned, first being duly sword on oath, deposes and states that he served a copy of **Interrogatories Directed to Plaintiff, Rule 34 Request to Produce, and Notice of Discovery Deposition Directed to Plaintiff,** to all attorneys of record by placing a copy of same in the U.S. Mail on March 10, 2008, on or before 5:00 p.m.

/s/ Scott R. Landa

RYAN, RYAN & LANDA
209 W. Madison Street
Waukegan, Illinois 60085
(847) 244-1436
ARDC No. 6191288