U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 07 C 6555

LYLE VANDER SCHAAF, Personal Representative of the
Estate of GREGORY VANDER SCHAAF, Deceased
vs.
MIDWEST TRANSFER & LOGISTICS, LLC and MARK
RHODES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIDWEST TRANSFER & LOGISTICS, LLC and MARK RHODES

| NAME (Type or print) |
| --- |
| Sara M. Davis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Sara M. Davis* |
| FIRM |
| RYAN, RYAN & LANDA |
| STREET ADDRESS |
| 209 W. Madison Street, 1st Floor |
| CITY/STATE/ZIP |
| Waukegan, Illinois 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 12330 | 847/244-1436 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐