IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYLE VANDER SCHAAF, Personal Representative of the Estate of GREGORY VANDER SCHAAF, deceased,<br><br>                      Plaintiff,<br>     vs.<br><br>MIDWEST TRANSFER & LOGISTICS, LLC and MARK RHODES,<br><br>                      Defendants. | Case No. 07 C 6555<br>Judge Moran<br>Magistrate Judge Cox |

### NOTICE OF FILING

TO:    Francis P. Morrissey
         Michael G. Mahoney
         Burke, Mahoney & Wise
         161 North Clark Street
         Suite 2240
         Chicago, Illinois 60601

      PLEASE TAKE NOTICE that on **March 10, 2008** the Defendants filed their Appearance, Jury Demand, Answer and Affirmative Defense to the Plaintiff's Complaint at Law, with the United States District Court for the Northern District of Illinois Eastern Division, a copy of which is attached.

                                /s/Scott R. Landa

RYAN, RYAN & LANDA
209 W. Madison Street
Waukegan, Illinois 60085
(847) 244-1436