UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lyle Vander Schaaf
                                  Plaintiff,

v.                                                      Case No.: 1:07−cv−06555
                                                                   Honorable James B. Moran

Midwest Transfer & Logistics, LLC, et al.
                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable James B. Moran:Status hearing held on 6/3/2008 and continued to 7/23/2008 at 09:15 AM. Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.