IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYLE VANDER SCHAAF, Personal Representative of the Estate of GREGORY VANDER SCHAAF, deceased,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>MIDWEST TRANSFER & LOGISTICS, LLC and MARK RHODES,<br><br>　　　　　　　　Defendants. | Case No. 07 C 6555<br>Judge Moran<br>Magistrate Judge Cox |

### CERTIFICATE OF SERVICE

TO:　Francis P. Morrissey
　　　Michael G. Mahoney
　　　Burke, Mahoney & Wise
　　　161 North Clark Street
　　　Suite 2240
　　　Chicago, Illinois 60601

　　　The undersigned, first being duly sword on oath, deposes and states that she served a copy of Defendants' Answers to Interrogatories on all attorneys of record by placing a copy of same in the U.S. Mail on August 18, 2008, on or before 5:00 p.m.


　　　　　　　　　　　　　　　　　　　/s/ Sara M. Davis



RYAN, RYAN & LANDA
209 W. Madison Street
Waukegan, Illinois 60085
(847) 244-1436
ARDC No. 6289329