IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYLE VANDER SCHAAF, Personal Representative of the Estate of GREGORY VANDER SCHAAF, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST TRANSFER & LOGISTICS, LLC and<br>MARK RHODES,<br><br>Defendants. | No.   07 C 6555<br><br>*Judge Moran*<br>*Magistrate Judge Cox* |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST TO ADMIT

Plaintiff, Lyle Vander Schaaf, Personal Representative of the Estate of Gregory Vander Schaaf, deceased, in response to defendants' Request to Admit states:

1. The decedent, Gregory Vander Schaaf, fathered a son, born on February 25, 1988.

**Response**:   Admit.

2. The decedent, Gregory Vander Schaaf's, son goes by the legal name of Stephen Levi Sorgatz.

**Response**:   Admit.

3. Stephen L. Sorgatz was born to Candice Tovar.

**Response**:   Admit.

4. Stephen L. Sorgatz's birth name was Stephen L. Tovar.

**Response**:   Admit.

5. Candace Tovar married Mark Sorgatz.

**Response**:   Admit (based upon information and belief only).

    6.    Mark Sorgatz adopted Stephen L. Tovar.

**Response**:   Admit.

    7.    Stephen L. Sorgatz is the only child fathered by the decedent, Gregory Vander Schaaf.

**Response**:   Admit.

    8.    Attached hereto as Exhibit A is a genuine copy of a Default Order for Paternity Reimbursement, and Future Support against the decedent, Gregory Vander Schaaf.

**Response**:   Plaintiff has made reasonable inquiry regarding this request, but the information that is known or readily obtainable is insufficient to enable plaintiff to admit or deny the request.

 

s/Francis P. Morrissey
Francis P. Morrissey #6216580
Michael G. Mahoney #06200001
Burke, Mahoney & Wise
Attorneys for Plaintiff
161 North Clark Street
Suite 2240
Chicago, Illinois  60601
(312) 580-2040
(312) 580-2041
fpm@bmwlawfirm.com

2

## CERTIFICATE OF SERVICE

I, Francis P. Morrissey, hereby certify that on September 16, 2008, I electronically filed the foregoing **Plaintiff's Response to Request to Admit** with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below:

**Attorney for Midwest Transfer Logistics and Mark Rhodes**
Scott R. Landa
Sara M. Davis
Ryan, Ryan & Landa
209 West Madison Street
Waukegan, Illinois 60085
(847) 244-1436
(847) 244-1480 - fax


A copy of such filing will be sent to the following non CM/ECF participants by regular first-class mail:

s/Francis P. Morrissey
Francis P. Morrissey #6216580
Michael G. Mahoney #06200001
Burke, Mahoney & Wise
Attorneys for Plaintiff
161 North Clark Street
Suite 2240
Chicago, Illinois 60601
(312) 580-2040
(312) 580-2041
fpm@bmwlawfirm.com
